## Frank Levinthal, Appellee, v. Chicago Transit Authority, Appellant.

### Gen. No. 45,422.

Werner W. Schroeder, James O. Dwight, Warner H. Robinson, Arthur J. Donovan, and Thomas C. Strachan, Jr., for appellant; David L. Leeds, for appellee; Thomas H. Ramsey, and Albert Green, of counsel. Opinion by JUSTICE SCHWARTZ. Not to be published in full. Opinion filed November 27, 1951; released for publication January 3, 1952.